**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dimitriy Brekher** | Social Security number or ITIN **xxx–xx–2486** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number: **18–29424**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dimitriy Brekher

<u>January 15, 2019</u>  **For the court:**  <u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 18-29424-ABG
Dimitriy Brekher                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2           Date Rcvd: Jan 15, 2019
                              Form ID: 318             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
```
db            +Dimitriy Brekher,    276 Larkspur Road,    Highland Park, IL 60035-4544
27247472      +Advanced Capital,    8 Haven Avenue,    Suite 205,    Port Washington NY 11050-3636
27247473       Ali Azimov,    481 Green Barn Rd,    Highland IL 60035
27178582      +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
27178583       Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
27178585      +Everest Business Funding,    8200 NW 52 Terrace Floor 2,    Miami, FL 33166-7852
27178586      +First Global,    1250 East Hallandale Beach,    Suite 409,    Hallandale, FL 33009-4624
27178587      +Fundbox,    564 Market Street,    San Francisco, CA 94104-5404
27178589      +Galina Brudoley,    1044 S. Hunt Club Rd.,    Mount Prospect, IL 60056-4226
27247474      +Global Merchant,    901 Woodward Ave,    Deerfield IL 60015-2866
27178594      +Izabelle Brekher,    276 Larkspur Rd.,    Highland Park, IL 60035-4544
27178596      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
27178597      +OnDeck Funding,    1400 Broadway,    New York, NY 10018-5300
27178603       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
27178604       U.S. Department of Justice,    950 Pennsylvania Avenue, NW,    Washington, DC 20530-0001
27178605      +Wellbrand Properties,    1040 S. Milwaukee Ave.,    Wheeling, IL 60090-6373
27178606      +Wex, Inc.,    PO BOX 639,    Portland, ME 04104-0639
27178607      +Yellowstone Funding,    30 Broadstreet,    14th Floor,    New York, NY 10004-2906
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: BJEGIERUM.COM Jan 16 2019 07:33:00      John E Gierum,    John E Gierum,    Gierum & Mantas,
               2700 S. River Road,    Suite 308,    Des Plaines, IL 60018-4117
27178580       EDI: APPLIEDBANK.COM Jan 16 2019 07:34:00      Applied Bank,    4700 Exchange Court,
               Boca Raton, FL 33431
27178576       EDI: GMACFS.COM Jan 16 2019 07:33:00      Ally,    PO BOX 380902,    Minneapolis, MN 55438-0902
27178577      +EDI: AMEREXPR.COM Jan 16 2019 07:33:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
               El Paso, TX 79998-1540
27178581      +EDI: CAPITALONE.COM Jan 16 2019 07:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
27178584      +EDI: RCSFNBMARIN.COM Jan 16 2019 07:33:00      Credit One Bank,    Attn: Bankruptcy,
               Po Box 98873,    Las Vegas, NV 89193-8873
27178590      +EDI: PHINGENESIS Jan 16 2019 07:33:00      Genesis Bc/celtic Bank,    Attn: Bankruptcy,
               268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
27178592      +E-mail/Text: rev.bankruptcy@illinois.gov Jan 16 2019 02:57:42      Illinois Dept. of Revenue,
               Bankruptcy Section Level 7-425,    100 W. Randolph St.,    Chicago, IL 60601
27178593       EDI: IRS.COM Jan 16 2019 07:33:00      Internal Revenue Service,    PO BOX 7346,
               Philadelphia, PA 19101-7346
27178595      +E-mail/Text: n.gong@mantisfunding.com Jan 16 2019 02:56:23      Mantis Funding,
               64 Beaver St., Suite 344,    New York, NY 10004-2508
27247475      +E-mail/Text: jduty@nationalfunding.com Jan 16 2019 03:00:28      National Funding,
               9820 Towne Centre Drive,    San Diego CA 92121-1944
27178598      +EDI: PRA.COM Jan 16 2019 07:33:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41021,
               Norfolk, VA 23541-1021
27178601      +EDI: RMSC.COM Jan 16 2019 07:33:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
27178602      +EDI: RMSC.COM Jan 16 2019 07:33:00      Synchrony Bank/Gap,    Attn: Bankruptcy Dept,
               Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27178575       Ali Azimov,    Baku
27178588       Galina Brudoley
27178591       Global Merchant
27178600       Shell,    Processing Center,    PO Box 183018,    OH 43118
27178578*     +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
27178579*     +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
27178599*     +Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: admin              Page 2 of 2            Date Rcvd: Jan 15, 2019
                              Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
          David  Freydin    on behalf of Debtor 1 Dimitriy  Brekher david.freydin@freydinlaw.com,
           vincent@freydinlaw.com
          John E Gierum     john@gierummantas.com, IL25@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy R Yueill    on behalf of Creditor   U.S. Bank National Association, as Trustee, Successor
           in Interest to Bank of America, National Association, As Trustee, Succesor by Merger to LaSalle
           Bank National Association, as Trustee for Merrill timothyy@nevellaw.com
                                                                                           TOTAL: 4
```